```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                          MAY 20 2008

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY             DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br> Doris O'Keefe Curtis  )<br>  )<br>    Defendant.  )<br>_____) | Case No.: 08-1239 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __E.D. Mo.__ for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on __no evidence presented by Δ; no Pre-trial interview, +; no__

1   Information sufficient to show bail resources

4   and/or

5  B.  (✓) The defendant has not met his/~~her~~ burden of establishing by
6      clear and convincing evidence that he/~~she~~ is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on: no evidence presented by Δ; Δ's history of drug usage —
10     criminal history

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  5/20/08

                                          RALPH ZAREFSKY
                                          UNITED STATES MAGISTRATE JUDGE

2