SEND

FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.: 2:10 CR-1167-ODW
        Plaintiff,  )
        v.  ) ORDER OF DETENTION PENDING
    Borris O'Keefe Curtis  ) FURTHER REVOCATION
        Defendant.  ) PROCEEDINGS
    ) (FED. R. CRIM. P. 32.1(a)(6); 18
    ) U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation
    (X) information in the violation petition and report(s)
    (X) the defendant's nonobjection to detention at this time
    ( ) other: _____

1

1          and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the
4          safety of any other person or the community if released under 18 U.S.C.
5          § 3142(b) or (c).  This finding is based on the following:
6          (X)    information in the Pretrial Services Report and Recommendation
7          ( )    information in the violation petition and report(s)
8          (X)    the defendant's nonobjection to detention at this time
9          ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: September 5, 2013

                                    SHERI PYM
                                    United States Magistrate Judge